UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MICHAEL D. ROGERS,

        Plaintiff,

  v.

JAMES WALKER et al,

        Defendant.

Case Number: CV10-00158 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael D. Rogers
F-30917
New Folsom State Prison
PO Box 290066
Represa, CA 95671

Dated: January 28, 2010

                              Richard W. Wieking, Clerk
                              By: D. Toland, Deputy Clerk