IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROGERS, | No. C 10-0158 WHA (PR) |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME** |
| vs. | |
| JAMES WALKER, Warden, | (Docket No. 9) |
| Respondent. | |

Petitioner, a California state prisoner proceeding, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254. Respondent has filed a motion to dismiss. Petitioner has filed a request for an extension of time in which to respond. Good cause appearing, petitioner's motion (docket number 9) is **GRANTED**. If petitioner wishes to oppose respondent's motion to dismiss he shall file an opposition on or before August 20, 2010. Respondent shall file a reply brief within 15 days of the date any opposition is filed. Petitioner's request for a "traverse form" and an "evidentiary form" is denied because the court does not have such forms.

**IT IS SO ORDERED.**

Dated: July  14 , 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.10\ROGERS0159.EOT.wpd