United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. ROGERS, | No. C 10-00158 RS (PR) |
| Petitioner, | **ORDER DENYING MOTIONS TO EXTEND TIME**; |
| v. | **ORDER DENYING MOTION TO FILE A SUPPLEMENTAL TRAVERSE** |
| JAMES WALKER, Warden, | |
| Respondent. / | |

This closed federal habeas corpus action was filed by a *pro se* state prisoner pursuant to 28 U.S.C. 2254. The petition was denied, a certificate of appealability ("COA") was denied, and judgment was entered in favor of respondent on January 11, 2012 (Docket Nos. 29 & 30). Petitioner now moves for an extension of time to file a (1) request for a COA, (2) motion for a rehearing, (3) motion for an extension of time to file a supplemental traverse (Docket Nos. 31 & 34).

Petitioner's motion for an extension of time to file a COA is DENIED as moot, the order denying the petition having declined to issue a COA. Petitioner's motion for an extension of time to file a motion for a rehearing, which is construed as a motion for relief under Federal Rule of Civil Procedure ("FRCP") 60, is DENIED as premature, there being as

yet no filing deadline to extend. A motion for relief under Rule 60 "must be made within a reasonable time — and for reasons (1), (2), and (3) no more than a year after the entry of judgment or order or the date of the proceeding." FRCP 60(c). Petitioner's motion for an extension of time to file a supplemental traverse is DENIED. Briefing on this petition has long since been completed, and not only did petitioner have an opportunity to file a traverse, he in fact did file one (Docket No. 28). The Clerk shall terminate Docket Nos. 31 & 34.

**IT IS SO ORDERED.**

Dated: April __30__, 2012



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2