UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. ROGERS,

    Petitioner,

    v.

JAMES WALKER, Warden,

    Respondent.

No. C 10-00158 RS (PR)

**ORDER DENYING POST-JUDGMENT MOTIONS**

This closed federal habeas corpus action was filed by a *pro se* state prisoner pursuant to 28 U.S.C. 2254. Petitioner has filed two motions asking, as he asked two months ago, for an extension of time to file a (1) request for a Certificate of Appealability, and (2) motion for a rehearing (Docket No. 36). These motions are DENIED on the same grounds as the prior identical motions were denied (Docket No. 35). This order terminates Docket No. 36.

**IT IS SO ORDERED.**

Dated: June  28 , 2012

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE