UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. ROGERS, | No. C 10-00158 RS (PR) |
| Petitioner, | **ORDER DENYING POST-JUDGMENT MOTIONS** |
| v. | |
| JAMES WALKER, Warden, | |
| Respondent. | |

This closed federal habeas corpus action was filed by a *pro se* state prisoner pursuant to 28 U.S.C. 2254. Petitioner has filed two motions asking, as he asked two months ago, for an extension of time to file a (1) request for a Certificate of Appealability, and (2) motion for a rehearing (Docket No. 36). These motions are DENIED on the same grounds as the prior identical motions were denied (Docket No. 35). This order terminates Docket No. 36.

**IT IS SO ORDERED.**

Dated: June  28 , 2012

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE